United States Bankruptcy Court
Central District of California

Corporate Recovery Associates, LLC,
     Plaintiff

Adv. Proc. No. 18-01057-DS

Chen,
     Defendant

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0973-9 | User: sbertelse | Page 1 of 1 | Date Rcvd: Jan 24, 2019 |
| | Form ID: pdf031 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2019.
```
pla            +Corporate Recovery Associates, LLC,    Corporate Recovery Associates, LLC,
                 3830 Valley Centre Drive,    Suite 705-152,    San Diego, CA 92130-3320
dft             Lynn Chen,    3118 Adirondack Ct.,    Westlake Village, CA  91362-3503
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2019 at the address(es) listed below:
```
              Andrew B Levin    on behalf of Plaintiff    Corporate Recovery Associates, LLC alevin@wcghlaw.com,
               Meir@virtualparalegalservices.com;pj@wcghlaw.com;jmartinez@wcghlaw.com
              John P Byrne    on behalf of Defendant Lynn  Chen John.Byrne@byrnelawcorp.com
              Richard H Golubow    on behalf of Plaintiff    Corporate Recovery Associates, LLC
               rgolubow@wcghlaw.com,    pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
              Robert E Opera    on behalf of Plaintiff    Corporate Recovery Associates, LLC ropera@wcghlaw.com,
               pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
              United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
```
                                                       TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

| | |
|---|---|
| In re<br>CHANNEL TECHNOLOGIES GROUP, LLC<br><br>                      Debtor.<br>_____<br>CORPORATE RECOVERY ASSOCIATES, LLC<br>                      Plaintiff.<br>vs.<br>LYNN CHEN.<br>                      Defendant. | Bk. No. 9:16-BK-11912-DS<br>Chapter 7<br>Adv. No. 9:18-ap-01057-DS<br>NOTICE OF RESCHEDULING OF HEARING<br>(Old Date: February 12, 2019 )<br>**NEW DATE:    March 19, 2019**<br>TIME:    10:30 AM<br>PLACE:  Courtroom 201<br>           1415 State Street<br>           Santa Barbara, CA 93101 |

    Notice is hereby given that the Status Hearing, previously set for February 12th, 2019, at 10:30 a.m., has been rescheduled.  **The new hearing date is March 19th, 2019 at 10:30 a.m.**, at 1415 State Street, Courtroom 201, Santa Barbara, California 93101.

DATED:  1/24/2019                                  By:  ___Susan Bertelsen<br>                                                              Deputy Clerk, U.S. Bankruptcy Court