1    **G**RIFFITH  &  **T**HORNBURGH, LLP
ATTORNEYS AND COUNSELORS
8 EAST FIGUEROA STREET, SUITE 300
2    SANTA BARBARA, CA  93101-2762
TELEPHONE:  805-965-5131
3    TELECOPIER:  805-965-6751

4    Joseph M. Sholder, Bar No. 126347  sholder@g-tlaw.com
Felicita A. Torres, Bar No. 298630  torres@g-tlaw.com
5
Attorneys for Plaintiff, Corporate Recovery Associates,
6    LLC, as Liquidating Trustee under the confirmed Chapter
11 Plan of Channel Technologies Group, LLC
7

| FILED & ENTERED |
| --- |
| APR 23 2019 |
| CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ortiza      DEPUTY CLERK |

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                  **NORTHERN DIVISION**

11   In re                                  Case No. 9:16-bk-11912-DS

12   CHANNEL TECHNOLOGIES GROUP, LLC,        Chapter 11

13              Debtor.                      Adv. No. 9:18-ap-01057-DS

14   ─────────────────────────────          **SCHEDULING ORDER SETTING
DISCOVERY DEADLINE AND**
15   CORPORATE RECOVERY ASSOCIATES,          **CONTINUED STATUS CONFERENCE
LLC, AS LIQUIDATING TRUSTEE              DATE**
16   APPOINTED UNDER THE CONFIRMED
CHAPTER 11 PLAN OF CHANNEL               Status Conference
17   TECHNOLOGIES GROUP, LLC,                Date:          March 19, 2019
Time:          10:30 a.m.
18              Plaintiff,                   Place:         1415 State Street
Courtroom 201
19   vs.                                                    Santa Barbara, CA 93101

20   LYNN CHEN,                              Continued Status Conference
Date:          November 13, 2019
21              Defendant.                   Time:          1:00 p.m.
Place:         1415 State Street
22                                                          Courtroom 201
Santa Barbara, CA 93101
23

24

25

26

27

28

1      An initial status conference hearing was held at the above stated date and time in the

2  above-referenced adversary proceeding. Appearances were noted on the record.

3      IT IS HEREBY ORDERED that the discovery deadline is October 31, 2019, and a

4  continued status conference will be held on November 13, 2019 at 1:00 p.m.

5                          * * *

Date: April 23, 2019

Peter H. Carroll
United States Bankruptcy Judge